# IN THE SUPREME COURT OF THE STATE OF NEVADA

NAKIA DAWN BAHNS,
                    Appellant,
vs.
KEVIN MICHAEL HUBER, A/K/A
KLYDE WOLF VON BRAUER,
                    Respondent.

No. 80717

**FILED**

APR 16 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order regarding custody of a minor child. Eighth Judicial District Court, Family Court Division, Clark County; Rena G. Hughes, Judge.

Review of the notice of appeal and documents before this court reveals that the notice of appeal was untimely filed. Notice of entry of the district court's findings of fact, conclusions of law and decree of custody was served on November 27, 2019, via mail. Appellant did not file the notice of appeal in the district court until February 27, 2020, well past the 30-day deadline established by NRAP 4(a)(1). This court lacks jurisdiction over an untimely appeal. *Rust v. Clark Cty. Sch. Dist.*, 103 Nev. 686, 747 P.2d 1380 (1987). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Gibbons

_____, J.          _____, J.
Stiglich                                              Silver

cc: Hon. Rena G. Hughes, District Judge, Family Court Division
Nakia Dawn Bahns
The Law Office of Daniel C. Allen, LLC
Eighth District Court Clerk